# United States Bankruptcy Court
## Eastern District of New York

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): <br> Lake, Scott A. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) <br> xxx-xx-6186 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 2150 Hempstead Turnpike <br> Elmont, NY <br> ZIP Code 11003 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Nassau | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> 2397 By Berry Road <br> Bensalem, PA <br> ZIP Code 19020 | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Lake, Scott A. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)       (Date)

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Lake, Scott A.

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Scott A. Lake
Signature of Debtor   Scott A. Lake

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

 March  4, 2009
Date

**Signature of Attorney***

**X** /s/ Kenneth Reynolds
Signature of Attorney for Debtor(s)

 Kenneth Reynolds
Printed Name of Attorney for Debtor(s)

 McBreen & Kopko
Firm Name

 500 North Broadway
 Jericho, NY 11753

Address

 (516) 364-1095  Fax: (516) 364-0612
Telephone Number

 March  4, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of New York

In re    Scott A. Lake                                Case No. _____

                                         Debtor(s)        Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Scott A. Lake
                      Scott A. Lake

Date:   March 4, 2009

# United States Bankruptcy Court
## Eastern District of New York

In re    Scott A. Lake                               Case No. _____

                                         Debtor(s)        Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Revolving Debt | | 26,131.04 |
| Brandt's Mill<br>630 North 9th Street<br>Lebanon, PA 17046 | Brandt's Mill<br>630 North 9th Street<br>Lebanon, PA 17046 | Trade | | 33,189.90 |
| Cedarlane Farm<br>14 Kratz Road<br>Harleysville, PA 19438 | Cedarlane Farm<br>14 Kratz Road<br>Harleysville, PA 19438 | Trade | | 15,629.50 |
| Charles T. Jones, Inc.<br>156 Campmeeting Road<br>Jonestown, PA 17038 | Charles T. Jones, Inc.<br>156 Campmeeting Road<br>Jonestown, PA 17038 | Trade | | 11,811.18 |
| Chase Manhattan Bank<br>1314 Vision Drive<br>Columbus, OH 43219 | Chase Manhattan Bank<br>1314 Vision Drive<br>Columbus, OH 43219 | Mortgage | | 151,500.00 |
| Cross & Simon LLC<br>913 North Market Street<br>Wilmington, DE 19899 | Cross & Simon LLC<br>913 North Market Street<br>Wilmington, DE 19899 | | | 10,920.14 |
| Delaware Dept of Labor<br>P.O. Box 9953<br>Wilmington, DE 19809 | Delaware Dept of Labor<br>P.O. Box 9953<br>Wilmington, DE 19809 | Taxes | | 15,732.05 |
| Farm and Home Service, Inc.<br>7625 Main Street<br>Sykesville, MD 21784 | Farm and Home Service, Inc<br>7625 Main Street<br>Sykesville, MD 21784 | Trade | | 27,869.00 |
| Homecomings Financial<br>P.O. Box 205<br>Waterloo, IA 50704 | Homecomings Financial<br>P.O. Box 205<br>Waterloo, IA 50704 | Mortgage | | 400,000.00 |
| Joe Goodz Horseshoeing<br>310 Camp Green Lane Road<br>Green Lane, PA 18054 | Joe Goodz Horseshoeing<br>310 Camp Green Lane Road<br>Green Lane, PA 18054 | Trade | | 23,268.72 |
| Manfredi Farms<br>1060 Polo Road<br>Avondale, PA 19311 | Manfredi Farms<br>1060 Polo Road<br>Avondale, PA 19311 | Trade | | 51,197.21 |
| Maryland Veterinary Group, LLC<br>3351 Corridor Marketplace<br>Laurel, MD 20724 | Maryland Veterinary Group, LLC<br>3351 Corridor Marketplace<br>Laurel, MD 20724 | Trade | | 35,017.15 |

In re   Scott A. Lake                                                    Case No.   _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Matthew O. Miller<br>184 Long Lane<br>Kirkwood, PA 17536 | Matthew O. Miller<br>184 Long Lane<br>Kirkwood, PA 17536 | | | 10,130.00 |
| NYS Workers' Compensation Boar<br>20 Park Street<br>Albany, NY 12207 | NYS Workers' Compensation Boar<br>20 Park Street<br>Albany, NY 12207 | Taxes | | 32,000.00 |
| Pine View Enterprises, Inc.<br>350 Nottingham Road<br>Nottingham, PA 19362 | Pine View Enterprises, Inc.<br>350 Nottingham Road<br>Nottingham, PA 19362 | Trade | | 20,205.00 |
| Reed Equine Associates<br>P.O. Box 406<br>Bensalem, PA 19020 | Reed Equine Associates<br>P.O. Box 406<br>Bensalem, PA 19020 | Trade | | 11,599.13 |
| Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | Mortgage | | 200,000.00 |
| Teigland Franklin & Brokken<br>12277 SW 55th Street<br>Fort Lauderdale, FL 33330 | Teigland Franklin & Brokken<br>12277 SW 55th Street<br>Fort Lauderdale, FL 33330 | | | 16,898.82 |
| The Belmont Veterinary Group<br>336 Rushmore Avenue<br>Mamaroneck, NY 10543 | The Belmont Veterinary Group<br>336 Rushmore Avenue<br>Mamaroneck, NY 10543 | Trade | | 23,958.71 |
| Triple Star Horse Feed, Inc.<br>2 Elzey Avenue<br>Elmont, NY 11003 | Triple Star Horse Feed, Inc.<br>2 Elzey Avenue<br>Elmont, NY 11003 | Trade | | 60,421.64 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, Scott A. Lake, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    March  4, 2009                                   Signature    /s/ Scott A. Lake
                                                                      Scott A. Lake
                                                                      Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re   Scott A. Lake                                      Case No.  _____

                                         Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    March  4, 2009                    /s/ Scott A. Lake

                                           Scott A. Lake
                                           Signature of Debtor

Date:    March  4, 2009                    /s/ Kenneth Reynolds

                                           Signature of Attorney
                                           Kenneth Reynolds
                                           McBreen & Kopko
                                           500 North Broadway
                                           Jericho, NY 11753
                                           (516) 364-1095   Fax: (516) 364-0612

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Aetna Insurance
P.O. Box 7247-0221
Philadelphia, PA 19170


All Horse Around, Inc
5413 N.W. 74th Avenue
Miami, FL 33166


Allstate Insurance
75 Executive Parkway
Hudson, OH 44237


Andrew Simoff Horse Transp.
3719 Old Capitol Trail
Wilmington, DE 19808


Anthony Garramone
7 South Union Street
Bay Shore, NY 11706


Aqua PA
P.O. Box 1226
Newark, NJ 07101


AT&T Universal Card
P.O. Box 182654
Columbus, OH 43218-2564


AT&T Wireless
P.O. Box 129
Newark, NJ 07101-0129


Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


BCWSA
P.O. Box 8457
Philadelphia, PA 19101


Beneficial Savings Bank
P.O. Box 8480
Philadelphia, PA 19101

Brandt's Mill
630 North 9th Street
Lebanon, PA 17046


Breezy Point Day School
1126 Bridgetown Pike
Langhorn, PA 19053


Brook Harper
4627 Stelpe Road
New Freedom, PA 17349


Brook Ledge, Inc.
P.O. Box 56
Oley, PA 19547-0056


Brook Ledge, Inc.
P.O. Box 56
Oley, PA 19547-0056


Brothers Horse Transportation
c/o Dale Novak
4049 St. Augustine Lane
Baltimore, MD 21222


Carroll-Butler Veterinary Asso
204 Racetrack Street
Ranson, WV 25438


Cecil Veterinary Clinic
43 Gutman Lane
Port Deposit, MD 21904


Cedarlane Farm
14 Kratz Road
Harleysville, PA 19438


Charles Dehart
2 Alleman Lane
Shippensburg, PA 17257


Charles T. Jones, Inc.
156 Campmeeting Road
Jonestown, PA 17038

Chase Auto Finance
P.O. Box 78068
Phoenix, AZ 85062


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Manhattan Bank
1314 Vision Drive
Columbus, OH 43219


Chesapeake Equine Veterinary
Practice, LLC
P.O. Box 978
Bowie, MD 20718


Citibusiness Card
P.O. Box 183055
Columbus, OH 43218-3055


CJ Horse Supplies
2A Savoy Avenue
Elmont, NY 11003


Comcast
P.O. Box 3005
Southeastern, PA 19398


Comptroller of Maryland
Revenue Administration Div.
Annapolis, MD 21411


Cool-Walk, Inc.
P.O. Box 630
Palm Harbor, FL 34682


Craig Colflesh
10137 Jonestown Road
Grantville, PA 17028


Cross & Simon LLC
913 North Market Street
Wilmington, DE 19899

Cross & Simon LLC
913 North Market Street
Wilmington, DE 19899


Delaware Dept of Labor
P.O. Box 9953
Wilmington, DE 19809


Department of Treasury
Internal Revenue Service


Diamond B. Stadle
1671 Tilden Road
Mohrsville, PA 19541


Direct Merchant Bank
P.O. Box 17036
Baltimore, MD 21297-0448


Ebert Vans, Inc.
P.O. Box 154
New Hyde Park, NY 11040


Farm and Home Service, Inc.
7625 Main Street
Sykesville, MD 21784


Farm Plan
P.O. Box 4450
Carol Stream, IL 60197-4450


FarmVet.com
1041 Sneed Road West
Franklin, TN 37069


Favre Equine Dentistry
1534 Ellsworth Avenue
Crofton, MD 21114


FIA Card Services
Wachovia
P.O. Box 15715
Wilmington, DE 19886-5715

First Lender Development
One Abington Plaza
Jenkintown, PA 19046


Frank Beam
106 Homestead Road
Grantville, PA 17028


Homecomings Financial
P.O. Box 205
Waterloo, IA 50704


HSBC Card Services
P.O. Box 17313
Baltimore, MD 21297-1313


Joe Goodz Horseshoeing
310 Camp Green Lane Road
Green Lane, PA 18054


John C. Murphy, DVM
129 Moonshine Road
Jonestown, PA 17038


Kappel Horse Transportation
P.O. Box 182
Laurel, MD 20725


Laurel Tack Inc.
14112 Bow Sprit Lane
Suite 903
Laurel, MD 20707


Lynn Cummings
5166 Erie Road
Harrisburg, PA 17111


Manfredi Farms
1060 Polo Road
Avondale, PA 19311


Mark T. Ketner, DVM
& Associates, LLC
P.O. Box 512
Colts Neck, NJ 07722

Maryland Veterinary Group, LLC
3351 Corridor Marketplace
Laurel, MD 20724


Maryland Veterinary Group, LLC
3351 Corridor Marketplace
Laurel, MD 20724


Maryland Veterinary Group, LLC
3351 Corridor Marketplace
Laurel, MD 20724


Matthew O. Miller
184 Long Lane
Kirkwood, PA 17536


Mid Atlantic Equine Medical
Center
P.O. Box 188
Ringoes, NJ 08551


Middle Earth Feed Co.
P.O. Box 208
Oxford, PA 19363


Neil's Turf Supply, Inc.
P.O. Box 145
Grantville, PA 17028


New Jersey Equine Clinic
279 Millstone Road
Perrineville, NJ 08535


NYS Workers' Compensation Boar
20 Park Street
Albany, NY 12207


Ocala Equine Hospital, PA
19855 NW US Highway 27
Ocala, FL 34482


Orbit Horse Walker Rental
201 White Street
Browns Mills, NJ 08015

PA Department of Labor
Unemployment Service


PA Department of Revenue
P.O. Box 281210
Harrisburg, PA 17128


Paige Thompson, DVM
311 NE 45th Terrace
Ocala, FL 34470


Peco Energy
P.O. Box 37629
Philadelphia, PA 19101


Peter Preston
1132 Dills Mills Road
Millersville, MD 21108


Pine View Enterprises, Inc.
350 Nottingham Road
Nottingham, PA 19362


Pratt Saddle, Inc.
4151 Hayward Avenue
Baltimore, MD 21215


Reed Equine Associates
P.O. Box 406
Bensalem, PA 19020


Reed Equine Associates
P.O. Box 406
Bensalem, PA 19020


Ronald Bradford
14 Kratz Road
Harleysville, PA 19438


Shane Heimer
3307 Black Steer Drive
Finksburg, MD 21048

Southern State
7625 Main Street
Sykesville, MD 21784


Sovereign Bank
P.O. Box 12646
Reading, PA 19612


Stanley Penn & Sons, Inc.
170 Cranbury Neck Road
Cranbury, NJ 08512


State Workers Insurance Fund
100 Lackawanna Avenue
Scranton, PA 18505


Suburban Propane
P.O. Box 426
Hummelstown, PA 17036


Sunrise Tack, NJ
10134 Indiantown Road
Jupiter, FL 33478


Tack Express, LLC
719 Training Center Drive
Elkton, MD 21921


Teigland Franklin & Brokken
12277 SW 55th Street
Fort Lauderdale, FL 33330


Teigland Franklin & Brokken
12277 SW 55th Street
Fort Lauderdale, FL 33330


The Belmont Veterinary Group
336 Rushmore Avenue
Mamaroneck, NY 10543


The Belmont Veterinary Group
336 Rushmore Avenue
Mamaroneck, NY 10543

Thomas L. Reynolds, LLC
427 Cockeysmill Road
Reisterstown, MD 21136


Thybens Stable Supply, Inc.
P.O. Box 458
Elmont, NY 11003


Tri-State Veterinary Hospital
9282 Sprucevale Road
Rogers, OH 44455


Triple Star Horse Feed, Inc.
2 Elzey Avenue
Elmont, NY 11003


University of Pennsylvania
New Bolton Center
382 W. Street Road
Kennett Square, PA 19348


Valley View Equine Transport
335 Dreshereuwn Road
Fort Washington, PA 19034


Verizon
P.O. Box 660748
Dallas, TX 75266


Zipps Van Services
69 Elm Street
Wilmington, DE 19808