UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                  Case No. 09-71355
                                                        Chapter 11

        Scott A. Lake,

        Debtor.
-----------------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-1(B)

Kenneth A. Reynolds, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of New York, affirms the following under penalty of perjury:

1. I am the attorney for the above debtor and as such am fully familiar with the Debtor's bankruptcy petition, schedules contained therein and the facts of this case.

2. Filed along herewith are Schedules A through J, Statement of Financial Affairs, Unsworn Declaration as to Schedules, and fee disclosure all of which were not originally filed with the petition.

3. The following creditors have been added to the Creditor Matrix:

| | |
|---|---|
| Alvarado, Cristian | Consani, Roberto |
| Andalon, Savador | Cruz Cazares, Jose Antoni |
| Arais, Edward | De La Torre, Rosemarie |
| Badillo, Pedro<br>7 Phyllis Drive<br>Newark, DE 19711 | Dennis, Hugh<br><br>Edwards, Jeffrey |
| Bravo, Matilde | Emmanuel, Adeline Jean |
| Brownley, Chris<br>1048 Warton Street<br>Laurel, MD 20707 | Emmanuel, Gabriel Thomas<br><br>Espinoza, Lorenzo<br>410 Sycamore Avenue |
| Cannizzo, David<br>1520 K Street<br>Elmont, NY 11003 | Croydon, PA 19021<br><br>Flores, Guadalupe |
| Cendeno, Joel | Flores, Hugo |

Galarza, Hector

Garcia, David
3052 Essington Way
Bensalem, PA 19020

Garcia, Jose Alfredo

Guevara, Herminio
P.O. Box 30745
Wilmington, DE 19805

Gulfstream Park Racing
and Casino
901 South Federal Hwy.
Hallandale, FL 33009

Gutiriez, Sergio

Halvaez, Leonel Garcia

Hano, Brook

Hernandez, Jose

Irwin, Faith

Jackson Kelly, PLLC
P.O. Box 2150
Lexington, KY 40507

Kauffman, Daniel

Krone, Donald R. Jr.
9110 Bronze Bell Circle
Columbia, MD 21045

Lomeli, Salvador

Lopez, Maria
608 First Avenue
Croydon, PA 19021

Mangini, Maria Daniella
12535 Fedor Road
Philadelphia, PA 19154

Mangini, Mario

Marin, Enrique

McCore, Antone

McMahon, Demelza

McMahon, Hugh
398 Godor Road
Davidsonville, MD 21035

Methessel & Werbel, Esqs.
3 Ethel Road
Suite 300
Edison, NJ 08818

Miguel Gutierrez
24 Elzey Avenue
Elmont, NY 11003

Miron, Miriam

Montalvo, Mereida

Moore, Heather

Morales, Veronica

Nagana, Jose

Padilla, Cruz

Peoro, Lara

Perez, Gloria

Perez, Samuel
4412 Hurley Street
Philadelphia, PA 19120

Perez, Wilton

Pino, Alberto Aguin

Pinzon, Juan Ortega

Ramirez, Martin

Righter, Samuel W.
4120 Salford Court
Bensalem, PA 19020

Rodriguez, Claudia
777 Delaware Park Blvd
Wilmington, DE 19804

Ryan, Jamie

Salazar, Jose
60 Abbey Lane
Apartment 1A
Newark, DE 19711

Salazar, Reyes
777 Delaware Park
Wilmington, DE 19804

Sanchez, Eduardo

Sanchez, Heidy
17 Gulf View Drive
Apartment 86
Newark, DE 19702

Sanchez, Leonel

Sanchez, Rodolpho
1 Allendale Drive
Apartment 18
Newark, DE 19713

Servin, Sandra

Sierra, Jesus
4605 Patrician Terr Blvd., Apt. F
Philadelphia, PA 19116

Dated: Jericho, New York
      March 25, 2009

Silva, Arturo
13109 Bustleton Ave
Apartment B18
Philadelphia, PA 19116

Solis, Raul
3300 Street Road
Apartment C4
Bensalem, PA 19020

Stisted, Felicity

Stisted, Jennifer D.
5903 Michael Drive
Bensalem, PA 19020

Torres, Cesar
1130 NE 13th Avenue
Miami, FL 33161

University of PA
c/o Gordin & Berger
1760 Market Street
Suite 600
Philadelphia, PA 19103

Valdez, Javier

Vargas, Jose
54 Abbey Lane
Apartment 2B
Newark, DE 19711

Velez, Holyiz

Williams, Frank Edward


McBREEN & KOPKO
Attorneys for the Debtor

By: /s/ *Kenneth A. Reynolds*
    Kenneth A. Reynolds, Esq. (KR3808)
    500 North Broadway, Suite 129
    Jericho, New York 11753
    (516) 364-1095