B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  Scott A. Lake  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | Revolving Debt | | 26,131.04 |
| Brandt's Mill 630 North 9th Street Lebanon, PA 17046 | Brandt's Mill 630 North 9th Street Lebanon, PA 17046 | Trade | | 33,189.90 |
| Cedarlane Farm 14 Kratz Road Harleysville, PA 19438 | Cedarlane Farm 14 Kratz Road Harleysville, PA 19438 | Trade | | 15,629.50 |
| Charles T. Jones, Inc. 156 Campmeeting Road Jonestown, PA 17038 | Charles T. Jones, Inc. 156 Campmeeting Road Jonestown, PA 17038 | Trade | | 11,811.18 |
| Chase Manhattan Bank 1314 Vision Drive Columbus, OH 43219 | Chase Manhattan Bank 1314 Vision Drive Columbus, OH 43219 | Mortgage | | 151,500.00 |
| Cross & Simon LLC 913 North Market Street Wilmington, DE 19899 | Cross & Simon LLC 913 North Market Street Wilmington, DE 19899 | | | 10,920.14 |
| Delaware Dept of Labor P.O. Box 9953 Wilmington, DE 19809 | Delaware Dept of Labor P.O. Box 9953 Wilmington, DE 19809 | Taxes | | 15,732.05 |
| Farm and Home Service, Inc. 7625 Main Street Sykesville, MD 21784 | Farm and Home Service, Inc 7625 Main Street Sykesville, MD 21784 | Trade | | 27,869.00 |
| Homecomings Financial P.O. Box 205 Waterloo, IA 50704 | Homecomings Financial P.O. Box 205 Waterloo, IA 50704 | Mortgage | | 400,000.00 |
| Joe Goodz Horseshoeing 310 Camp Green Lane Road Green Lane, PA 18054 | Joe Goodz Horseshoeing 310 Camp Green Lane Road Green Lane, PA 18054 | Trade | | 23,268.72 |
| Manfredi Farms 1060 Polo Road Avondale, PA 19311 | Manfredi Farms 1060 Polo Road Avondale, PA 19311 | Trade | | 51,197.21 |
| Maryland Veterinary Group, LLC 3351 Corridor Marketplace Laurel, MD 20724 | Maryland Veterinary Group, LLC 3351 Corridor Marketplace Laurel, MD 20724 | Trade | | 35,017.15 |

B4 (Official Form 4) (12/07) - Cont.

In re  Scott A. Lake                                    Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Matthew O. Miller<br>184 Long Lane<br>Kirkwood, PA 17536 | Matthew O. Miller<br>184 Long Lane<br>Kirkwood, PA 17536 | | | 10,130.00 |
| NYS Workers' Compensation Boar<br>20 Park Street<br>Albany, NY 12207 | NYS Workers' Compensation Boar<br>20 Park Street<br>Albany, NY 12207 | Taxes | | 32,000.00 |
| Pine View Enterprises, Inc.<br>350 Nottingham Road<br>Nottingham, PA 19362 | Pine View Enterprises, Inc.<br>350 Nottingham Road<br>Nottingham, PA 19362 | Trade | | 20,205.00 |
| Reed Equine Associates<br>P.O. Box 406<br>Bensalem, PA 19020 | Reed Equine Associates<br>P.O. Box 406<br>Bensalem, PA 19020 | Trade | | 11,599.13 |
| Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | Mortgage | | 200,000.00 |
| Teigland Franklin & Brokken<br>12277 SW 55th Street<br>Fort Lauderdale, FL 33330 | Teigland Franklin & Brokken<br>12277 SW 55th Street<br>Fort Lauderdale, FL 33330 | | | 16,898.82 |
| The Belmont Veterinary Group<br>336 Rushmore Avenue<br>Mamaroneck, NY 10543 | The Belmont Veterinary Group<br>336 Rushmore Avenue<br>Mamaroneck, NY 10543 | Trade | | 23,958.71 |
| Triple Star Horse Feed, Inc.<br>2 Elzey Avenue<br>Elmont, NY 11003 | Triple Star Horse Feed, Inc.<br>2 Elzey Avenue<br>Elmont, NY 11003 | Trade | | 60,421.64 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Scott A. Lake, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 4, 2009                     Signature  /s/ Scott A. Lake
                                                   Scott A. Lake
                                                   Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.